

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-13-00179-CR |
| IN RE: JESUS GARCIA, | | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | |
| | § | IN MANDAMUS |
| | § | |

## MEMORANDUM OPINION

Relator, Jesus Garcia has filed a petition for writ of mandamus against the Honorable Maria Salas-Mendoza, Judge of the 120th District Court of El Paso County, Texas asking that we order her to issue a writ of habeas corpus. Relator has also filed a motion for emergency relief by which he seeks to stay further proceedings in the trial court[1] pending resolution of this original proceeding. *See* TEX.R.APP.P. 52.10(a).

Relator's petition for writ of mandamus is procedurally defective. Shortly after Relator filed the mandamus petition, the Court notified Relator that the petition was procedurally defective in several respects and ordered him to file an amended petition. He corrected some of the defects but Relator failed to file a certificate of service showing that he served a copy of the mandamus petition on the District Attorney's Office. *See* TEX.R.APP.P. 9.5(a), (d)(providing

---

[1] The habeas corpus proceeding is pending in the 120th District Court and is styled *Ex parte Jesus Garcia* (cause number 2013DCV1647).

that all documents presented to the Court must be served on all parties to the proceeding, and a certificate of service representing service was performed must be attached to the document).

To demonstrate entitlement to a writ of mandamus in a criminal case, a relator must establish that (1) the trial court failed to perform a duty that is purely ministerial under the facts and the law, and (2) the relator has no other adequate legal remedy. *State ex rel. Young v. Sixth Judicial District Court of Appeals*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007); *State ex rel. Hill v. Court of Appeals for Fifth District*, 34 S .W.3d 924, 927 (Tex.Crim.App. 2001). Based on the record before us, we conclude that Relator has failed to establish that he is entitled to mandamus relief. Accordingly, we deny the petition for writ of mandamus and the motion for emergency relief.

August 7, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)